UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-00064 JVS (RNBx) | Date | June 12, 2008 |
| Title | Byron Chapman v. Millie's Inc., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   ( In Chambers )   Order to Show Cause re failure to File Joint Report Pursuant to Local Rule 26-1

      A Scheduling Conference in this matter has been set for June 16, 2008. Local Rule 26-1 requires a single, joint report. The Court's Order Setting Scheduling Conference requires that joint report to be filed not later than "one week prior to the scheduling conference". As of todays date a joint report has not been filed by the parties.

      The parties are directed to show cause at July 14, 2008 at 11:00 a.m. why the Court should not dismiss the complaint and/or strike the answer for failure to comply with the local rules or otherwise sanction the parties and/or counsel. A written response is due by July 7, 2008. In lieu of separate responses, the parties may file a joint report which conforms with the Local Rules and the Order setting the Scheduling Conference by the same date.

      The Court will conduct a hearing on this order to show cause at 11:00 a.m. on July 14, 2008. If a complying joint report is filed, the Court will convert the hearing into a Scheduling Conference.

                                                                                                                         :    00

                        Initials of Preparer   kjt